**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGOMED SOLTAKHANOV,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. ED CV 26-5828 FMO (JDE)<br><br>**ORDER RE: FURTHER PROCEEDINGS** |

The court is in receipt of Magomed Soltakhanov's ("petitioner") Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"). To facilitate prompt resolution of this action, IT IS ORDERED THAT:

1. This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07. The parties shall comply with the expedited briefing schedule set forth in General Order 26-05.

2. Each party may file objections to the findings and recommendations made by the Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Given the nature of the relief sought in the Petition, the Magistrate Judge should set a shortened objection period, taking into account petitioner's pro se status. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (holding that a district court may shorten the time for filing objections where

exigencies existed). Unless otherwise ordered, by this court or the Magistrate Judge, untimely objections will not be considered.

3. Petitioner shall not be removed from the Central District of California pending further order of the court. Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

Dated this 5th day of October, 2026.

/s/
Fernando M. Olguin
United States District Judge