JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGOMED SOLTAKHANOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. ED CV 26-5828 FMO (JDE)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge